IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EARL SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 322-138 |
| | ) | |
| JERMAINE WHITE and COUNSELOR VERONICA STEWART, | ) ) | |
| | ) | |
| Respondents. | ) | |

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.)

On June 27, 2022, Petitioner submitted a "Petition for a Writ of Mandamus" seeking an order for Respondents to comply with Georgia Department of Corrections Standard Operating Procedures. Petitioner invoked 28 U.S.C. § 1651 and cited in support two cases concerning writs of mandamus against federal judges. (Doc. no. 1, p. 6 (citing In re Corrugated Container Antitrust Litig., 614 F.2d 958, 960 (5th Cir. 1980); United States v. Denson, 603 F.2d 1143, 1144 (5th Cir. 1979).) The Magistrate Judge appropriately recommended dismissal of the petition as seeking a writ of mandamus pursuant to 28 U.S.C. § 1361, which only provides for mandamus relief against federal officers. In his objections, Petitioner now claims he seeks a writ under 28 U.S.C. § 1343, which establishes federal jurisdiction over civil actions aiming to "redress the deprivation, under color of any State law . . . of any right, privilege or

immunity secured by the Constitution of the United States or by any Act of Congress . . . ." Section 1343 does not create a private right of action. See <u>Albra v. City of Fort Lauderdale</u>, 232 F. App'x 885, 892 (11th Cir. 2007) (*per curiam*). Thus, even if the Magistrate Judge had construed the petition in the way Petitioner now requests, this case would still be subject to dismissal.

Accordingly, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES WITHOUT PREJUDICE** the petition for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 30th day of November, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE